JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE J. HITHE, AKA RONNIE J. HITHE JR.,<br><br>Defendant. | CASE NO.: CV 13-02666<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, RONNIE J. HITHE, AKA RONNIE J. HITHE JR., in the total amount of $7,697.76..

Dated: May 13, 2013

TERRY NAFISI, CLERK
United States District Court
Central District of California

/s/ Jenny Lam
By: Deputy Clerk

1